# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-02151-CMA-KMT | FTR - Courtroom C-201 |
| **Date:** March 15, 2013 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| BRIAN WOODS, individually, and d/b/a Log and Timber Homes of Southern Colorado, | Bradley Aaron Levin<br>Zachary C. Warzel |
| Plaintiff, | |
| v. | |
| PROBUILDERS SPECIALTY INSURANCE COMPANY, and<br>NATIONSBUILDERS INSURANCES SERVICES, INC., d/b/a NBIS, | Franklin D. Patterson |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:57 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Defendants' Motion for Leave to File Amended Answers to Add an Affirmative Defense [Doc. No. 87, filed March 7, 2013].

Oral argument from Defendants' counsel.
Oral argument from Plaintiff's counsel.

It is **ORDERED**:     Defendants' Motion for Leave to File Amended Answers to Add an Affirmative Defense [87] is **DENIED** as stated on the record. Allowing the amendment at this stage of the litigation is unfair and would be unduly burdensome to Plaintiff to prosecute the lawsuit.

**Court in Recess: 10:57 a.m.**
Hearing concluded.
Total In-Court Time    01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.