**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-02151-CMA-KMT | Date: | October 18, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*

BRIAN WOODS, individually, and d/b/a Log and
Timber Homes of Southern Colorado,

   Plaintiff,

v.

PROBUILDERS SPECIALTY INSURANCE
COMPANY, and
NATIONSBUILDERS INSURANCES SERVICES,
INC., d/b/a NBIS,

   Defendants.

*Counsel:*

Bradley Levin
Nelson Waneka
Zachary Warzel

Katelyn Werner
Franklin Patterson

## COURTROOM MINUTES

**MOTIONS HEARING/FINAL PRETRIAL CONFERENCE**

**9:59 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Defendants' Motion for Determination of Confidentiality of Reinsurance Reports [113].

10:03 a.m.     Argument by Ms. Werner.
10:18 a.m.     Argument by Mr. Waneka.

**ORDERED**:    **Defendants' Motion for Determination of Confidentiality of Reinsurance Reports [113] is DENIED. Plaintiff's Reply in Support of Motion to Amend Complaint to add a Claim for Punitive Damages [107], including all attached exhibits, shall be unrestricted.**

Discussion regarding Plaintiff's Motion to Strike Defendants' Untimely Disclosure of Witnesses and Documents [137], potential witnesses, claim file documents, additional discovery, the timing of disclosures, case claims, defenses, and damages.

| | |
|---|---|
| 10:23 a.m. | Argument by Mr. Waneka. |
| 10:38 a.m. | Argument by Mr. Patterson |
| 11:16 a.m. | Rebuttal argument by Mr. Waneka. |

**11:32 a.m.     Court in recess.**
**12:44 p.m.     Court in session.**

Discussion regarding Defendants' Amended Motion to Compel Plaintiff to Disclose Documents and Discovery Responses Pursuant to F.R.C.P. 37(a) [131], production of documents pertaining to plaintiff's project files and business records, tax returns for 2005 and 2006, communications between counsel, and collusion.

| | |
|---|---|
| 12:45 p.m. | Argument by Mr. Patterson. |
| 1:18 p.m. | Argument by Mr. Warzel. |
| 1:42 p.m. | Rebuttal argument by Mr. Patterson. |
| 1:51 p.m. | Further argument by Mr. Warzel. |

**ORDERED:     Defendants' Amended Motion to Compel Plaintiff to Disclose Documents and Discovery Responses Pursuant to F.R.C.P. 37(a) [131] is DENIED, for reasons stated on record.**

**ORDERED:     Plaintiff's Motion to Strike Defendants' Untimely Disclosure of Witnesses and Documents [137] is GRANTED IN PART to the extent that Defendants will be forbidden to call as witnesses at trial Peter Michaelson, Randell Melton, Andrew Wallace, any representatives from OSHA along with OSHA reports, video tapes, etc., Emily Roy, Tom Powell, Sharon Ulrich, and Westcliffe Insurance Center as the disclosures were improperly withheld until the very end of the discovery period to disadvantage and prejudice the Plaintiff who was then unable to undertake discovery. Plaintiff will be further prejudiced by the re-opening of discovery and resultant delay in the trial of this case in order to cure the prejudice intentionally caused by Defendant's delay. Therefore, the appropriate sanction is to forbid the testimony and information which was not timely disclosed by Defendants from introduction at trial. The motion is DENIED in all other respects.**

Discussion and review of the Proposed Final Pretrial Order and Plaintiff's Motion to Strike Defendant's Affirmative Defenses [151].

**ORDERED:     A continued Telephonic Final Pretrial Conference is set for October 25, 2013 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. An Amended**

**Final Pretrial Order shall be prepared by the parties and submitted to the court no later than close of business on October 24, 2013.**

Trial Preparation Conference and trial dates will be set by District Judge Christine M. Arguello.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**2:16 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    03:05

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.