**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02151-CMA-KMT

BRIAN WOODS, Individually, and
d/b/a LOG AND TIMBER HOMES OF SOUTHERN COLORADO,

    Plaintiff,

v.

NATIONSBUILDERS INSURANCE SERVICES, INC. d/b/a NBIS, and
PROBUILDERS SPECIALTY INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS CLAIM FOR RELIEF

Upon review of Plaintiff's Motion To Dismiss Third Claim for Relief With Prejudice (Doc. # 187), the Motion is GRANTED.

Plaintiff's Third Claim for Relief, violation of C.R.S. §§ 10-3-1115 and 1116, is hereby DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorney fees related to that claim.

DATED:  April  01 , 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge