**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02151-CMA-KMT

BRIAN WOODS, Individually, and
d/b/a LOG AND TIMBER HOMES OF SOUTHERN COLORADO,

    Plaintiff,

v.

NATIONSBUILDERS INSURANCE SERVICES, CONSTRUCTION &
TRANSPORTATION INSURANCE SERVICES (KNOWN AS "CTIS"), and
PROBUILDERS SPECIALTY INSURANCE COMPANY,

    Defendants.

---

## ORDER GRANTING MOTION TO AMEND CAPTION

---

The parties' Unopposed Motion To Amend Caption (Doc. # 197) is GRANTED.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the correct name of Defendant NationsBuilders Insurance Services, Inc. as **NationsBuilders Insurance Services, Construction & Transportation Insurance Services (known as "CTIS")**, as set forth in the above caption.

DATED:  April __04__, 2014

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge