**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11CV2151

Brian Woods,

     Plaintiff(s),

vs.

ProBuilders, et al.,

     Defendant(s).

---

**ORDER FOR JURY COST ASSESSMENT**

---

  This case was scheduled for a jury trial that was to commence on Monday, April 7, 2014, before Judge Christine M. Arguello.  The parties advised the court of a settlement the morning of April 7, 2014.

  Twenty-four jurors reported on Monday, April 7, 2014, to the United States District Court, Alfred A. Arraj Courthouse, located at 901 - 19th Street, Denver, Colorado.

  It appears that the jury costs for the twenty-four jurors that reported has been calculated in the amount of  $1,748.88.  These costs to be equally apportioned between the parties.

  Pursuant to D.C. COLO. LCivR 54.2 it is ORDERED that each party is assessed $874.44.  These costs to be paid to the Clerk of the United States District Court no later than _Apr.l 29, 2014_.

DATED at Denver, Colorado, this ___8___ day of ___April___, 2014.

        By the Court

        _Christine M Arguello_

        Christine M. Arguello
        United States District Court Judge