**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02151-CMA-KMT

BRIAN WOODS, Individually, and
d/b/a LOG AND TIMBER HOMES OF SOUTHERN COLORADO,

    Plaintiff,

v.

NATIONSBUILDERS INSURANCE SERVICES, INC., CONSTRUCTION &
TRANSPORTATION INSURANCE SERVICES, and
PROBUILDERS SPECIALTY INSURANCE COMPANY,

    Defendants.
_____

**ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW COURT'S ORDER**
_____

    Pursuant to Defendants' Request for Written Order Withdrawing Court Order for Partial Summary Judgment (Doc. # 210), it is hereby ORDERED that the Court's Order Granting Plaintiff's Cross-Motion for Partial Summary Judgment on the Duty to Defend, Denying Defendants' Motion for Summary Judgment, and Denying Plaintiff's Motion to Certify Question of Law ( Doc. # 60) is hereby WITHDRAWN.

    DATED:  May  27 , 2014

                                            BY THE COURT:

                                            *(signature)*

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge